■ In the Matter of JAMES WILLIAMS, Appellant, v CHARLES J. SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Braatz, J.), dated August 1, 1985, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Generally, claims which were or could have been reviewed on direct appeal from a judgment of conviction are not subject to review by habeas corpus (see, People ex rel. Phifer v Scully, 107 AD2d 729). Nor do the facts of this case indicate a violation of the petitioner's fundamental constitutional rights such as to warrant a departure from traditional orderly procedure (cf., Stone v Powell, 428 US 465; People ex rel. Keitt v McMann, 18 NY2d 257). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAYKH ABDURRAHMAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Lagana, J.), rendered September 12, 1985, convicting him of criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

That branch of the defendant's omnibus motion which was to suppress a gun and shells seized from him was properly denied (see, People v Marin, 91 AD2d 616, 617).

The sentence imposed upon the defendant, which was the minimum prescribed by law was clearly not excessive.

We have reviewed the defendant's remaining contentions contained in his supplemental pro se brief and find them to be without merit (see, e.g., People v Almodovar, 62 NY2d 126, 130-131). Mollen, P. J., Lawrence, Kunzeman and Harwood, JJ., concur.